# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES             *
                                       *

        v.                   *          CRIM. NO. 21-608
                                         *

MAURICE DOUGLAS       *
                                       *

                                 *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

[✓] That the proceeding(s) to be held today cannot be further delayed without serious harm

to the interests of justice, for the following specific reasons:

         (1) the on-going COVID-19 pandemic; (2) the limitations and restrictions on in-person proceedings at this time; (3) Defendant's specific desire to proceed with this plea hearing remotely to advance the resolution of this case; and (4) consent of Defendant.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

         [ ] The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

         [ ] Other:

Date:        March 23, 2022                           _____

                                           Honorable Brian Martinotti
                                           United States District Judge